**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION**

| | |
|---|---|
| IN RE<br>EDWARD LEE CAIN, JR.<br>　　　　DEBTOR | BANKRUPTCY CASE NO.<br>13-50208-BEM<br><br>CHAPTER 7 |
| CLARICE W. DOWDLE<br>　　　　PLAINTIFF<br><br>EDWARD LEE CAIN, JR.<br>　　　　DEFENDANT | ADVERSARY PROCEEDING NO.:<br>13-05365-BEM |

**PLAINTIFF'S PROFFER OF CASELAW RE: DUE PROCESS**

Debtor participated fully in the Cobb County case up until the Entry of Appearance filed by Sean Hynes on Jan 12, 2009 (including the hearing on liability Dec 18, 2008). The Court found for Plaintiff and set the matter for hearing on damages (Jan 27, 2009). Thereafter Defendant made a Jury Demand (Jan 12, 2009) and propounded discovery (Feb 17, 2009). The court set the matter down (April 6, 2009) for final hearing on June 9, 2009. Defendant's counsel did not seek withdrawal until May 28, 2009. Notice to counsel equates to notice to client, and therefore Defendant had Notice of the trial on April 6, 2009. Defendant testified he was in contact with his attorney for some time after moving to Arizona, and April 6, 2009, is likely within that time frame.

In re White bolsters Plaintiff's position that Defendant had substantive due process and notice evidenced by notices sent to Defendant's address on file with the court. He testifies he emailed and spoke with his attorney and advised counsel of his change of address. In re Shiver, attached, provides "Plaintiff and the Court properly relied upon the address that Defendant [Shriver] provided to his counsel, where Defendant thereafter failed to provide any updated or different address to counsel or to the court." Substantive due process does not provide for a Defendant to move from the jurisdiction to jurisdiction and provide no forwarding address information. Nothing in the Defendant's testimony evidences he was denied the opportunity to litigate, the standard requires the "opportunity" but cannot compel Defendant to litigate.

This 29th day of October, 2014.

| | |
|---|---|
| RESPECTFULLY SUBMITTED,<br><br>/S/　　J. HOUSTON LENNARD<br>J. HOUSTON LENNARD, FOR PLAINTIFF<br>GEORGIA BAR NO. 446525 | THE LENNARD LAW GROUP<br>2024 POWERS FERRY ROAD, SUITE 290<br>ATLANTA, GA 30339<br>PH - 770.644.0010<br>jon@thelennardlawyer.com |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION**

| | |
|---|---|
| **IN RE** <br> **EDWARD LEE CAIN, JR.** <br> **DEBTOR** | **BANKRUPTCY CASE NO.** <br> **13-50208-BEM** <br><br> **CHAPTER 7** |
| **CLARICE W. DOWDLE** <br> **PLAINTIFF** <br><br> **EDWARD LEE CAIN, JR.** <br> **DEFENDANT** | **ADVERSARY PROCEEDING NO.:** <br> **13-05365-BEM** |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the foregoing *Plaintiff's Proffer of Caselaw Re: Due Process* upon opposing counsel in this action by delivering said copy:

☒   by email to howie@slomkalawfirm.com

This 13th day of November, 2014.

**RESPECTFULLY SUBMITTED,**

**THE LENNARD LAW GROUP**
**2024 POWERS FERRY ROAD SE, SUITE 290**     /S/     **JON P. SPETALNICK**
**ATLANTA, GEORGIA  30339**
**FACSIMILE:  770-644-0011**              **JON P. SPETALNICK**
**TELEPHONE:  770-644-0010**              **GEORGIA BAR NO.  672020**
**JON@THELENNARDLAWYER.COM**      **ATTORNEY FOR PLAINTIFF**